AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-3775

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lupin Pharmaceuticals, Inc.
was received by me on *(date)* 08/08/2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Linda Banks, agent at CT Corp. Systems, Reg Agent , who is designated by law to accept service of process on behalf of *(name of organization)* Lupin Pharmaceuticals, Inc. at 289 S. Culver St, Lawrenceville, GA 30046 @ 3:24 pm   on *(date)* 08/09/2201 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-10-18

*Server's signature*

Rodney McClellan, Process Server
*Printed name and title*

Express Legal Services, LLC
860 Johnson Ferry Road 140-384
Atlanta, GA 30342
*Server's address*

Additional information regarding attempted service, etc: