## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DANA TURLEY, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | 1:18-cv-03775-TCB-JFK |
| LUPIN PHARMACEUTICALS, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Defendant Lupin Pharmaceuticals, Inc. ("Lupin" or "Defendant"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3.3, submits this Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

(1) The undersigned counsel of record for Lupin certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

　　　a. Plaintiff Dana Turley;

　　　b. Plaintiff Lila Wolff; and

    c.  Defendant Lupin Pharmaceuticals, Inc.

    d.  Lupin Limited

**(2)**    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: Lupin Limited, AIG Claims, Inc., and National Union Fire Insurance Company of Pittsburgh, Pennsylvania.

**(3)**    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a.  Plaintiffs:               Jeffrey G. Casurella
                                    Georgia Bar No. 116160
                                    R. Randy Edwards
                                    Georgia Bar No. 5241525
                                    COCHRAN & EDWARDS, LLC
                                    2950 Atlanta Road SE
                                    Smyrna, Georgia 30080-3655

    b.  Defendant:            Mary Claire Smith
                                    Georgia Bar No. 130658
                                    JACKSON LEWIS P.C.
                                    1155 Peachtree Street, NE,
                                    Suite 1000
                                    Atlanta, Georgia  30309

Larry R. Seegull (*Pro Hac Vice*)
Kathleen A. McGinley (*Pro Hac Vice*)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD  21209

Respectfully submitted this 1st day of October, 2018.

**JACKSON LEWIS P.C.**

*/s/ Mary Claire Smith*
Mary Claire Smith (Bar No. 130658)
1155 Peachtree Street, N.E., Suite 1000
Atlanta, Georgia
T: (404) 525-8200
F: (404) 525-1173
maryclaire.smith@jacksonlewis.com

Larry R. Seegull (*Pro Hac Vice*)
Kathleen A. McGinley (*Pro Hac Vice*)
2800 Quarry Lake Drive, Suite 200
Baltimore, MD  21209
(410) 415-2004 – Telephone
(410) 415-2001 – Facsimile
Larry.Seegull@jacksonlewis.com
Kathleen.McGinley@jacksonlewis.com

***Counsel for Defendant***

3

## **CERTIFICATION**

In accordance with LR 5.1C, NDGa, I hereby certify that this document has been prepared in 14 point, Times New Roman font.


*/s/ Mary Claire Smith*
Mary Claire Smith

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| DANA TURLEY, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | 1:18-cv-03775-TCB-JFK |
| LUPIN PHARMACEUTICALS, | ) | |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 1, 2018, I electronically filed the foregoing

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE**

**DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF

system which will automatically send email notification of such filing to the

following attorneys of record:

Jeffrey G. Casurella
R. Randy Edwards
Cochran & Edwards, LLC
2950 Atlanta Road SE
Smyrna, Georgia 30080-3655
*Counsel for Plaintiffs*

*/s/ Mary Claire Smith*
Mary Claire Smith